UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Roger A Moss  
    Yesenia Diaz  
        Debtor(s)

Case No. 12 B 36611

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2012.

2) The plan was confirmed on 03/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/26/2014.

5) The case was Converted on 09/29/2014.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,465.76 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $7,465.76

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,511.31 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $328.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,840.07

Attorney fees paid and disclosed by debtor:   $0.01

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Advanced Radiology Consultants, S.C. | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AMC Anesthesia | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,180.00 | 1,180.00 | 1,180.00 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| Aspen | Unsecured | 931.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,945.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 6,900.00 | 7,950.00 | 6,900.00 | 2,863.12 | 446.81 |
| Capital One Auto Finance | Unsecured | NA | 0.00 | 5,033.23 | 0.00 | 0.00 |
| Chase | Unsecured | 2,309.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,614.00 | 3,487.41 | 3,487.41 | 0.00 | 0.00 |
| Consultant Radiologists Of Evanston | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service, Inc. | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Doctors Of The North Shore S.C. | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| First Bank Of Delaware | Unsecured | 1,149.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Genesis Clinical Laboratory | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,032.00 | 1,032.28 | 1,032.28 | 0.00 | 0.00 |
| Hsbc | Unsecured | 1,979.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank | Unsecured | 1,407.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collection Service | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 8,012.00 | 8,115.75 | 8,115.75 | 0.00 | 0.00 |
| Invoice Audit Service | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 312.00 | 311.56 | 311.56 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 387.00 | 473.81 | 473.81 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 7,769.00 | 5,381.42 | 5,381.42 | 0.00 | 0.00 |
| Just Energy | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 0.00 | 1,715.44 | 1,715.44 | 0.00 | 0.00 |
| LHR Inc | Unsecured | 649.00 | 641.14 | 641.14 | 0.00 | 0.00 |
| Lincoln Dental Family Center | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Little Loan Shoppe | Unsecured | 1,805.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau, Inc. | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,042.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 407.00 | 655.63 | 655.63 | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 1,265.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 0.00 | 157.86 | 157.86 | 0.00 | 0.00 |
| Payday One | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,309.00 | 2,276.44 | 2,276.44 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 616.00 | 615.81 | 615.81 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 0.00 | 190.15 | 190.15 | 0.00 | 0.00 |
| PYOD | Unsecured | 390.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 930.00 | 929.58 | 929.58 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,239.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,239.00 | 1,238.73 | 1,238.73 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,278.00 | 1,279.52 | 1,279.52 | 0.00 | 0.00 |
| Rent A Center | Secured | 750.00 | 0.00 | 750.00 | 315.76 | 0.00 |
| Resurgent Capital Services | Unsecured | 511.00 | 511.21 | 511.21 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 790.41 | 790.41 | 0.00 | 0.00 |
| Roundup Funding, LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Saint Francis Hospital - Evanston | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| Saint Francis Hospital-Evanston | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| Salute | Unsecured | 1,073.00 | NA | NA | 0.00 | 0.00 |
| Salute | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 194.00 | 217.83 | 217.83 | 0.00 | 0.00 |
| St. Elizabeth Hospital | Unsecured | 606.00 | 605.35 | 605.35 | 0.00 | 0.00 |
| Target | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| Timothy K. Liou, Esq. | Unsecured | 2,396.33 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems, Inc. | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Village Of Skokie | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| Water Of North America | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Woman's Workout World | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,900.00 | $2,863.12 | $446.81 |
| All Other Secured | $750.00 | $315.76 | $0.00 |
| **TOTAL SECURED:** | **$7,650.00** | **$3,178.88** | **$446.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,040.56** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $3,840.07 | |
| Disbursements to Creditors | $3,625.69 | |
| **TOTAL DISBURSEMENTS:** | | **$7,465.76** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/26/2015                    By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**